UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO PORRAZZO, SR. | CIVIL ACTION |
| VERSUS | NO: 13-6363 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "I" (4) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Antonio Porrazzo, Sr.'s Disability Insurance Benefits and Supplemental Security Income Benefits be **REVERSED AND REMANDED** for benefits.

New Orleans, Louisiana, this 24th day of November, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE