UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO PORRAZZO, SR.                                    CIVIL ACTION

VERSUS                                                              No. 13-6363

SOCIAL SECURITY ADMINISTRATION                SECTION I

ORDER

Before the Court is an unopposed motion[1] filed by plaintiff for an award of attorney's fees pursuant to 28 U.S.C. § 2412. On November 7, 2014, the U.S. Magistrate Judge issued a report and recommendation that the denial of plaintiff's disability benefits be reversed.[2] This Court adopted[3] that report and recommendation in its entirety and rendered judgment to that effect on November 24, 2014.[4]

Plaintiff's counsel worked for a total of 37.4 hours and is requesting fees at a rate of $175.00 per hour.[5] Defendant does not object to either the amount of time or the hourly rate.[6] *See also, e.g.*, *Dubois v. SSA*, No. 13-2438, 2014 WL 6485639, at * (E.D. La. Nov. 18, 2014) (Knowles, M.J.) ("After due consideration of prevailing market conditions and the healthy community of social security practitioners in this area, the Court will . . . accept the hourly rate of $175.00 per hour for this EAJA petition and those filed in the near future."). Accordingly,

---

[1] R. Doc. No. 17.
[2] R. Doc. No. 14.
[3] R. Doc. No. 15.
[4] R. Doc. No. 16.
[5] R. Doc. No. 17-2, at 2. The Court notes that plaintiff's memorandum and defendant's response state that plaintiff's counsel worked for 37.6 hours. R. Doc. No. 17-1, at 4; R. Doc. No. 18, at 1. However, plaintiff's separate itemization of time shows that only 37.4 hours are being claimed. R. Doc. No. 17-2, at 2. The Court has been advised that this discrepancy was the result of a typographical error, and that 37.4 hours is the correct number.
[6] R. Doc. No. 18, at 1.

**IT IS ORDERED** that the motion is **GRANTED** and that defendant shall pay plaintiff's attorney's fees in the amount of $6545.00.

New Orleans, Louisiana, January 30, 2015.

                                              **LANCE M. AFRICK**
                                    **UNITED STATES DISTRICT JUDGE**